IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| ROTHSCHILD BROADCAST DISTRIBUTION SYSTEMS, LLC<br><br>    Plaintiff,<br><br>vs.<br><br>BELKIN INTERNATIONAL, INC.<br><br>    Defendant.<br>_____<br><br>ROTHSCHILD BROADCAST DISTRIBUTION SYSTEMS, LLC<br><br>    Plaintiff,<br><br>vs.<br><br>LOWE'S COMPANIES, INC. and LOWE'S HOME CENTERS, LLC,<br>    Defendant.<br>_____ | Case No: 2:17-CV-205-RWS<br><br>LEAD CASE<br><br><br><br><br><br><br><br><br><br>Case No: 2:16-cv-206-RWS<br><br>CONSOLIDATED CASE |

### ORDER GRANTING UNOPPOSED MOTION TO STAY ALL DEADLINES

On this date came for consideration Plaintiff Rothschild Broadcast Distribution Systems, LLC's Unopposed Motion to Stay All Deadlines and Notice of Settlement. The Court, being of the opinion that same should be GRANTED, it is therefore, ORDERED that the Unopposed Motion to Stay All Deadlines be and is hereby GRANTED, and that all deadlines between Rothschild Broadcast Distribution Systems LLC and Defendant Lowe's Companies, Inc. and Lowe's Home Centers, LLC are stayed for thirty (30) days.

**SIGNED this 5th day of June, 2017.**

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE