# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| ROTHSCHILD BROADCAST DISTRIBUTION SYSTEMS, LLC | § § § | |
| Plaintiff, | § § | Case No: 2:17-CV-205-RWS |
| vs. | § § | LEAD & CONSOLIDATED CASE |
| BELKIN INTERNATIONAL, INC. | § § § | |
| Defendant. | § § | |

## ORDER GRANTING UNOPPOSED MOTION TO STAY ALL DEADLINES

On this date came for consideration Plaintiff Rothschild Broadcast Distribution Systems, LLC's Unopposed Motion to Stay All Deadlines and Notice of Settlement. The Court, being of the opinion that same should be GRANTED, it is therefore, ORDERED that the Unopposed Motion to Stay All Deadlines be and is hereby GRANTED, and that all deadlines between Rothschild Broadcast Distribution Systems LLC and Defendant Belkin International, Inc. are stayed for thirty (30) days.

**SIGNED this 5th day of June, 2017.**

*Robert W Schroeder III*
ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE