# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| ROTHSCHILD BROADCAST DISTRIBUTION SYSTEMS, LLC § § § Plaintiff, § vs. § BELKIN INTERNATIONAL, INC. § § Defendant. § | Case No: 2:17-CV-205-RWS LEAD & CONSOLIDATED CASE |

## UNOPPOSED MOTION TO DISMISS BELKIN INTERNATIONAL, INC. WITHOUT PREJUDICE

Plaintiff Rothschild Broadcast Distribution Systems, LLC hereby moves to dismiss this civil action without prejudice pursuant to Fed. R. Civ. P. 41 (a)(1)(a)(ii). The parties have reached a final agreement that will resolve the case. The parties are working to have the agreement executed and Plaintiff intends to file a motion to amend the dismissal order to be "with prejudice" as soon as the agreement is fully signed and certain agreement terms are accomplished.

Wherefore, Plaintiff requests that the Court dismiss Plaintiff's claims against Defendant Belkin International, Inc. without prejudice with each party to bear its own fees and costs.

Dated: July 5, 2017                              Respectfully submitted,

                                                */s/ Jay Johnson*
                                                **JAY JOHNSON**
                                                State Bar No. 24067322
                                                **BRAD KIZZIA**
                                                State Bar No. 11547550
                                                **KIZZIA JOHNSON PLLC**
                                                1910 Pacific Ave., Suite 13000
                                                Dallas, Texas 75201
                                                (214) 451-0164
                                                Fax: (214) 451-0165
                                                jay@kjpllc.com
                                                bkizzia@kjpllc.com

                                        **ATTORNEYS FOR PLAINTIFF**

**CERTIFICATE OF CONFERENCE**

The undersigned certifies that on July 5, 2017 he met and conferred with counsel for Defendant concerning this motion and that Defendant's counsel agreed to the motion.

                                                */s/ Jay Johnson*
                                                Jay Johnson

**CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy of this document has been served on all counsel of record via electronic mail through Local Rule CV-5(a) on July 5, 2017.

                                                */s/* Jay Johnson
                                                 Jay Johnson