# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| ROTHSCHILD BROADCAST DISTRIBUTION SYSTEMS, LLC § § § | |
| Plaintiff, § | Case No: 2:17-CV-205-RWS |
| § | |
| vs. § | LEAD & CONSOLIDATED CASE |
| § | |
| BELKIN INTERNATIONAL, INC. § § | |
| Defendant. § | |
| _____ § | |

## ORDER OF DISMISSAL WITHOUT PREJUDICE

On this date, the Court considered Plaintiff Rothschild Broadcast Distribution Systems, LLC's unopposed motion to dismiss without prejudice Defendant pursuant to Fed. R. Civ. P. 41 (a)(1)(a)(ii).

Therefore, IT IS ORDERED that Plaintiff's claims against Defendant Belkin International, Inc. are dismissed without prejudice with each party to bear its own fees and costs.

SO ORDERED.