# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| ROTHSCHILD BROADCAST DISTRIBUTION SYSTEMS, LLC | § § § | |
| Plaintiff, | § § | Case No: 2:17-CV-205-RWS |
| vs. | § § | LEAD CASE |
| BELKIN INTERNATIONAL, INC. | § § § | |
| Defendant. | § § | |
| _____ | § § | |
| ROTHSCHILD BROADCAST DISTRIBUTION SYSTEMS, LLC | § § § | |
| Plaintiff, | § § | Case No: 2:16-cv-206-RWS |
| vs. | § § | |
| LOWE'S COMPANIES, INC. and LOWE'S HOME CENTERS, LLC, | § § § | CONSOLIDATED CASE |
| Defendant. | § § | |
| _____ | § | |

## ORDER OF DISMISSAL WITHOUT PREJUDICE

On this date, the Court considered Plaintiff Rothschild Broadcast Distribution Systems, LLC's unopposed motion to dismiss without prejudice Defendant pursuant to Fed. R. Civ. P. 41 (a)(1)(a)(ii).

Therefore, IT IS ORDERED that Plaintiff's claims against Defendants Lowe's Companies, Inc. and Lowe's Home Centers, LLC are dismissed without prejudice with each party to bear its own fees and costs.

SO ORDERED.

**SIGNED this 7th day of July, 2017.**

                                                ROBERT W. SCHROEDER III
                                                UNITED STATES DISTRICT JUDGE