IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| ROTHSCHILD BROADCAST DISTRIBUTION SYSTEMS, LLC, <br><br>  Plaintiff, <br><br> v. <br><br> BELKIN INTERNATIONAL, INC., <br><br>  Defendant. | § § § § § § § § § § § § | CIVIL ACTION NO.  2:17-CV-00205-RWS (LEAD) |

## FINAL JUDGMENT

The Court recently granted Defendant Belkin International, Inc.'s Unopposed Motion to Dismiss (Docket No. 17).  As Belkin was the last remaining Defendant in this consolidated action, it is hereby **ORDRED, ADJUDGED and DECREED** that Plaintiff Rothschild Broadcast Distribution Systems, LLC's claims are **DISMISSED without prejudice**.

The Clerk of the Court is directed to close this case.

**So ORDERED and SIGNED this 7th day of July, 2017.**

*(signature)*
ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE