IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| ROTHSCHILD BROADCAST DISTRIBUTION SYSTEMS, LLC | § § § |
| Plaintiff, | § § Case No: 2:17-CV-205-RWS |
| vs. | § § LEAD § |
| BELKIN INTERNATIONAL, INC. | § § |
| Defendant. | § § § |

## ORDER OF DISMISSAL WITH PREJUDICE

On this date, the Court considered Plaintiff Rothschild Broadcast Distribution Systems, LLC's Unopposed Motion to Amend Order Dismissing Case to a Dismissal with Prejudice. Having considered the circumstances surrounding this matter, as well as the fact that the matter stands fully resolved, the Court finds that the motion should be **GRANTED**.

Therefore, IT IS **ORDERED** that all claims asserted by Rothschild Broadcast Distribution Systems, LLC against Belkin International, Inc. are **DISMISSED WITH PREJUDICE**, each party to bear its own fees and costs.

**SIGNED this 18th day of September, 2017.**

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE