IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| ROTHSCHILD BROADCAST DISTRIBUTION SYSTEMS, LLC | § § § | |
| Plaintiff, | § § | Case No: 2:17-CV-205-RWS |
| vs. | § § | LEAD CASE |
| BELKIN INTERNATIONAL, INC. | § § | |
| Defendant. | § § § | |
| ROTHSCHILD BROADCAST DISTRIBUTION SYSTEMS, LLC | § § § | |
| Plaintiff, | § § | Case No: 2:17-cv-206-RWS |
| vs. | § § | |
| LOWE'S COMPANIES, INC. and LOWE'S HOME CENTERS, LLC, | § § § | CONSOLIDATED CASE |
| Defendant. | § § § | |

## ORDER OF DISMISSAL WITH PREJUDICE

On this date, the Court considered Plaintiff Rothschild Broadcast Distribution Systems LLC's Unopposed Motion to Amend Order Dismissing Case to a Dismissal with Prejudice. Having considered the circumstances surrounding this matter, as well as the fact that the matter stands fully resolved, the Court finds that the motion should be **GRANTED**.

Therefore, IT IS **ORDERED** that all claims asserted by Rothschild Broadcast Distribution Systems LLC's against Lowe's Companies, Inc. and Lowe's Home Centers, LLC are **DISMISSED WITH PREJUDICE**, each party to bear its own fees and costs.

SIGNED this 18th day of September, 2017.

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE