## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | | |
|---|---|---|
| ROTHSCHILD BROADCAST DISTRIBUTION SYSTEMS, LLC, | § § § | |
| | § | **Case No.:  2:17-CV-00205-RWS** |
| Plaintiff, | § | **LEAD** |
| | § | |
| v. | § | |
| | § | |
| BELKIN INTERNATIONAL, INC., | § | |
| | § | |
| | § | |
| Defendants. | § | |

### <u>AMENDED FINAL JUDGMENT</u>

On July 7, 2017, Defendants Lowe's Companies, Inc. and Lowe's Home Centers, LLC were dismissed without prejudice (Docket No. 19).  On July 7, 2017, Defendant Belkin International, Inc. was also dismissed without prejudice (Docket No. 20).  As Belkin was the last remaining Defendant in this consolidated action, the Court entered Final Judgment (Docket No. 21).

Pursuant to the Court granting Plaintiff's Unopposed Motion to Amend Order Dismissing Case to a Dismissal with Prejudice (Docket Nos. 23 and 24), the Court hereby enters this Amended Final Judgment.

**IT IS HEREBY ORDERED, ADJUDGED, and DECREED** that all claims in the above-entitled and numbered causes of actions are **DISMISSED WITH PREJUDICE** in their entirety.

All costs are to be borne by the party that incurred them. All motions by either party not previously ruled on are hereby **DENIED**.

**SIGNED this 18th day of September, 2017.**

*Robert W. Schroeder*

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE